In the Matter of the Accounting of BROOKLYN TRUST COM-
PANY, as Trustee under the Will of ANNA K. WEAVER,
Deceased, Respondent.
LEONARD E. WILLIS, Appellant.

*Matter of Brooklyn Trust Co.*, 173 App. Div. 948, affirmed.
(Submitted October 4, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 14, 1916, which affirmed a decree of the Kings
County Surrogate's Court settling the account of the trus-
tee herein and overruling objections that the charges for
maintenance and expenses of certain real property were
improperly charged against income, and that the proceeds
of a policy of fire insurance received by the trustee should
be apportioned between principal and income.

*David Joyce* for appellant.

*Francis L. Archer* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CAR-
DOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.